SOUTHERN RAILWAY COMPANY *v.* HORNSBY.

FISH, P. J.    This case is controlled by the decision this day announced in *Southern Railway Company* v. *Carr*, ante.

*Judgment affirmed. By five Justices.*